## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS

## TEXARKANA DIVISION

| | |
|---|---|
| MARK R. ADAMS, TRUSTEE OF THE § <br> ADAMS LIVING TRUST § <br> § <br> V. § <br> § <br> WELLS FARGO BANK, N.A. d/b/a § <br> WELLS FARGO HOME MORTGAGE § | No.  5:17CV73-JRG-CMC |

## FINAL JUDGMENT

This action came on before the Court, Honorable Rodney Gilstrap, District Judge, presiding, and the Court having entered an Order Adopting Report and Recommendation of the United States Magistrate Judge granting Defendant's motion for summary judgment, it is hereby

**ORDERED** this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses, and attorneys' fees.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 1st day of March, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE